IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CRISOFORO CAMPUZANO OLMOS,        \*

           Petitioner,        \*

v.                            Case No. 7:26-cv-37 (WLS-CHW)

                             \*

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,          \*

           Respondents.      \*

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 12, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 11th day of June, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk